UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                              S2 11 Cr. 16 (CS)

Orlando Weir, a/k/a "Jose Luis Alomar,"
a/k/a "McGiva."
                Defendant.

------------------------------------------------------------x

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated 1/1/3/2012, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

                                      SO ORDERED.

Dated: White Plains, New York
       March 5, 2012

                                        _____
                                            Cathy Seibel
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/12